# LAW OFFICES OF SEYMOUR WASSERSTRUM

**COUNSELORS AT LAW**

| 205 W. LANDIS AVE | 1040 N. KINGS HWY, SUITE 304 |
| VINELAND, NJ 08360 | CHERRY HILL, NJ 08002 |

SEYMOUR WASSERSTRUM  TELEPHONE: (856) 696-8300
JOHN AMENHAUSER*  FACSIMILE: (856) 696-6962
\* Also licensed in PA

March 21, 2017

Honorable Jerrold N. Poslusny, USBJ
US Bankruptcy Court – Clerk's Office
4th and Cooper Street, Second Floor
Camden, NJ 08102

    Re:    Marianela S. Lopez
           Chapter 13 Case No.: 15-20661
           Withdraw Opposition to Motion for Relief

Dear Judge Poslusny:

    Please accept this letter as our request to withdraw the Opposition to the Motion for Relief from the Automatic Stay, which was filed on March 21, 2017 under document number 35.

    Thank you for your kind attention.

                                        Respectfully Submitted,

                                        /s/ Seymour Wasserstrum, Esq.
                                        Seymour Wasserstrum, Esq.