| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Ave<br>Vineland, NJ 08360<br>856-696-8300<br>856-696-3586<br>Attorney for Debtor(s) |
| In Re:<br><br>Marianela S. Lopez |

Case No.: __15-20661__

Judge: __JNP__

Chapter: __13__

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION FOR RELIEF

The debtor in the above captioned chapter 13 proceeding hereby objects to the following

1. Motion for Relief from Stay
   By ___Ditech Financial LLC___, creditor

2. I am objecting to the above for the following reasons:

I would like to cure the arrears by proposing a cure arrangement to cure the arrears over 8 months.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 3/21/2017                                  /s/ Marianela S. Lopez
                                                 Debtor's Signature