UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Ditech Financial LLC

In Re:

Marianela S. Lopez,

Debtor.

Case No.: 15-20661-JNP

Chapter: 13

Hearing Date: 3/28/2017

Judge: Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 312 South Willow Avenue, Galloway, NJ 08205

(#34 on the docket)

Date: 03/24/2017

/s/ Denise Carlon
Signature

*rev.8/1/15*