Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]  
Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 15-20661 (JNP)**

Marianela S. Lopez  
312 South Willow Avenue  
Galloway, NJ  08205

Monthly Payment: $191.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2018 | $48.00 | 01/02/2018 | $48.00 | 01/08/2018 | $48.00 | 01/19/2018 | $48.00 |
| 01/22/2018 | $48.00 | 02/02/2018 | $48.00 | 02/09/2018 | $48.00 | 02/16/2018 | $48.00 |
| 02/21/2018 | $48.00 | 02/22/2018 | $48.00 | 03/12/2018 | $48.00 | 03/16/2018 | $48.00 |
| 03/22/2018 | $48.00 | 03/29/2018 | $48.00 | 04/05/2018 | $48.00 | 04/13/2018 | $48.00 |
| 04/18/2018 | $48.00 | 04/27/2018 | $48.00 | 05/03/2018 | $48.00 | 05/15/2018 | $48.00 |
| 05/18/2018 | $48.00 | 05/24/2018 | $48.00 | 05/31/2018 | $48.00 | 06/01/2018 | $48.00 |
| 06/13/2018 | $48.00 | 06/20/2018 | $48.00 | 06/27/2018 | $48.00 | 07/05/2018 | $48.00 |
| 07/11/2018 | $48.00 | 07/17/2018 | $48.00 | 07/25/2018 | $48.00 | 08/01/2018 | $48.00 |
| 08/09/2018 | $48.00 | 08/14/2018 | $48.00 | 08/21/2018 | $48.00 | 08/28/2018 | $48.00 |
| 09/05/2018 | $48.00 | 09/06/2018 | $48.00 | 09/18/2018 | $48.00 | 09/25/2018 | $48.00 |
| 10/02/2018 | $48.00 | 10/12/2018 | $48.00 | 10/12/2018 | $48.00 | 10/23/2018 | $48.00 |
| 10/30/2018 | $48.00 | 11/07/2018 | $48.00 | 11/14/2018 | $48.00 | 11/14/2018 | $48.00 |
| 11/27/2018 | $48.00 | 12/06/2018 | $48.00 | 12/12/2018 | $48.00 | 12/19/2018 | $48.00 |
| 12/26/2018 | $48.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MARIANELA S. LOPEZ | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $3,104.00 | $3,104.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | AT&T MOBILITY II, LLC | 33 | $252.87 | $0.35 | $252.52 | $0.00 |
| 2 | ACADEMY COLLECTION SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ASSET ACCEPTANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ARS NATIONAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ATLANTIC COUNTY SUPERIOR COURT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ATLANTIC EMERGENCY ASSOC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ATLANTIC RADIOLOGIST PROFESSIONAL ASSOC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ATLANTICARE REGIOANL MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | Citi Bank | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | DIVERSIFIED CONSULTANTS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | FIRST AMERICAN ACCEPTANCE CO. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | GREEN TREE SERVICING, LLC | 24 | $2,726.85 | $2,726.85 | $0.00 | $2,344.18 |
| 13 | GREEN TREE SERVICING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | HYAT HYAT & LANDAU LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 17 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | KIM MICHELLE KLINE, ESQUIRE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | CAPITAL ONE, N.A. | 33 | $329.18 | $0.45 | $328.73 | $0.00 |
| 21 | LCA COLLECTIONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | LAB CORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | MACYS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | OFFICE OF ATTORNEY GENERAL | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | PATIENT FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | RBS CITIZENS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | RICKART COLLECTION SYSTEMS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | STATE OF NEW JERSEY | 33 | $46,251.70 | $63.19 | $46,188.51 | $0.00 |
| 31 | STEPHEN EINSTEIN & ASSOCIATES PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | VERIZON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | SEYMOUR WASSERSTRUM, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | GREEN TREE SERVICING, LLC | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|------------|---------|
| 07/01/2015 | 14.00 | $0.00 |
| 09/01/2016 | Paid to Date | $1,853.00 |
| 10/01/2016 | 45.00 | $191.00 |
| 07/01/2020 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,544.00 |
| Total paid to creditors this period: | $2,344.18 |
| Undistributed Funds on Hand: | $132.18 |
| Arrearages: | ($145.00) |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**