**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

**IN RE: MARIANELA S. LOPEZ**                             **CASE NO.: 15-20661-JNP**

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| New Residential Mortgage LLC | Ditech Financial LLC fka Green Tree Servicing LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826

Phone: 800-365-7107
Last Four Digits of Acct #: 1884

Court Claim # (if known): 3-1
Amount of Claim: $228,233.27
Date Claim Filed: 08/20/2015

Phone: (888) 298-7785
Last Four Digits of Acct #: 9608

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Laura Egerman                                         Date: January 7, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

**IN RE: MARIANELA S. LOPEZ**                    **CASE NO.: 15-20661-JNP**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on <u>January 8, 2020</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following parties:

Marianela S. Lopez
312 S. Willow Avenue
Galloway, NJ 08205

And via electronic mail to:

Seymour Wasserstrum
Law Offices of Seymour Wasserstrum
205 West Landis Avenue
Vineland, NJ 08360

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

                              RAS CRANE LLC
                              Authorized Agent for Secured Creditor
                              10700 Abbott's Bridge Road, Suite 170
                              Duluth, GA 30097
                              Telephone: 470-321-7112
                              Facsimile: 404-393-1425

                              By: <u>/s/  Alexandra DeCastro</u>
                              Email: <u>adecastro@rasflaw.com</u>