Certificate Number: 15111-NJ-DE-034395183

Bankruptcy Case Number: 15-20661



15111-NJ-DE-034395183

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 28, 2020</u>, at <u>7:34</u> o'clock <u>PM EDT</u>, <u>Marianela Sylvia Rodriguez</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>April 28, 2020</u>            By:    <u>/s/Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:   <u>Executive Director of Education</u>