| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (CAMDEN) |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br><br>Harold Kaplan   HK0226 |
| In Re:<br><br>**Marianela S. Lopez**<br><br>**aka Marianela S. Rodriquez**<br><br>**aka Marianela S. Rondon**<br><br>       **Debtor.** |

Case No.:     15-20661-JNP

Chapter:        13

Judge:     Jerrold N. Poslusny Jr.

## NOTICE OF MORTGAGE FORBEARANCE

The undersigned is the Attorney for Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing in this matter. On or about April 24, 2020, the Creditor was advised that the Debtor(s)' mortgage loan ending in 1884, secured by real property described as 312 S Willow Ave., Galloway, New Jersey 08205, has been impacted by COVID-19. Pursuant to State and/or Federal guidelines, a forbearance has been offered, the terms of which are as follows:

1. The parties agree to a forbearance period of 90 days and have elected to not tender mortgage payments to Creditor that would come due on the subject mortgage loan starting 04/01/2020 through 06/01/2020.

2. Debtor(s) will resume mortgage payments beginning 07/01/2020 and will be required to cure the delinquency created by the forbearance period ("forbearance arrears").

3. The payment amount currently is $ 1,132.88.

4. The Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period or any payments that were due and owing prior to the forbearance period. Creditor does not waive its rights under the terms of the note and mortgage or under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

5. The Creditor does not waive its rights to seek relief from the automatic stay for reasons other than non-payment of the mortgage, including, but not limited to, a lapse in insurance coverage or payment of property taxes.

6. The Debtor(s) do not waive any rights upon expiration of the forbearance period. Prior to the expiration of the forbearance period, however, the Debtor(s) must take the following affirmative steps to address the status of the subject mortgage loan including, but not limited to: (a) bringing the account post-petition current; (b) requesting extension of the forbearance period; (c) applying for loss mitigation; and/or (d) amending the Chapter 13 Plan.

7. Any objection to this Notice must be filed and served not later than 14 days after the filing of the Notice. The Court may conduct a hearing on the objection.

**This Notice is intended to disclose a temporary forbearance of the Debtor(s)' obligation to remit post-petition payments for the forbearance period. Nothing within this Notice should be construed to alter any rights, duties, or deadlines that are not related to the remittance of post-petition mortgage payments.**

Dated: 5/12/2020

**RAS Citron, LLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor
By: /s/ Harold Kaplan
Harold Kaplan, Esquire
Bar No.  HK0226_
Email: hkaplan@rasnj.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (CAMDEN) | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br><br>Harold Kaplan    HK0226 | |
| In Re:<br><br>**Marianela S. Lopez**<br><br>**aka Marianela S. Rodriquez**<br><br>**aka Marianela S. Rondon**<br><br>　　　**Debtor.** | Case No.:    15-20661-JNP<br><br>Chapter:    13<br><br>Judge:    Jerrold N. Poslusny Jr. |

## CERTIFICATION OF SERVICE

1. I, Harold Kaplan, represent NewRez LLC d/b/a Shellpoint Mortgage Servicing in this matter.

2. On 5/12/2020, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: NOTICE OF MORTGAGE FORBEARANCE.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 5/12/2020

　　　　　　　　　　　　　　　　**RAS Citron, LLC**
　　　　　　　　　　　　　　　　130 Clinton Road, Suite 202
　　　　　　　　　　　　　　　　Fairfield, NJ 07004
　　　　　　　　　　　　　　　　Telephone Number 973-575-0707
　　　　　　　　　　　　　　　　Attorneys For Secured Creditor
　　　　　　　　　　　　　　　　By: /s/ Harold Kaplan
　　　　　　　　　　　　　　　　Harold Kaplan, Esquire
　　　　　　　　　　　　　　　　Bar No.  HK0226
　　　　　　　　　　　　　　　　Email: hkaplan@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Seymour Wasserstrum<br><br>Law Offices of Seymour Wasserstrum<br><br>205 West Landis Avenue<br><br>Vineland, NJ 08360 | Attorney for Debtor | [ ] Hand-delivered<br><br>[x] Regular mail<br><br>[ ] Certified Mail/RR<br><br>[ ] E-mail<br><br>[x] Notice of Electronic Filing (NEF)<br><br>[ ] Other<br><br>(as authorized by the court*) |
| Marianela S. Lopez<br><br>312 S. Willow Avenue<br><br>Galloway, NJ 08205 | Debtor | [ ] Hand-delivered<br><br>[x] Regular mail<br><br>[ ] Certified Mail/RR<br><br>[ ] E-mail<br><br>[ ] Notice of Electronic Filing (NEF)<br><br>[ ] Other<br><br>(as authorized by the court*) |
| Isabel C. Balboa<br><br>Chapter 13 Standing Trustee<br><br>Cherry Tree Corporate Center<br><br>535 Route 38 - Suite 580<br><br>Cherry Hill, NJ 08002 | Standing Chapter 13 Trustee | [ ] Hand-delivered<br><br>[x] Regular mail<br><br>[ ] Certified Mail/RR<br><br>[ ] E-mail<br><br>[x] Notice of Electronic Filing (NEF)<br><br>[ ] Other<br><br>(as authorized by the court*) |